IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF KELLER NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE WHITING-TURNER CONTRACTING COMPANY, et al., <br><br> Defendants. | CASE NO.:  3:23-cv-02082 <br><br> JUDGE Jeffrey j. Helmick <br><br> MAGISTRATE DARRELL A. CLAY <br><br> **NOTICE OF DISMISSAL** |

**NOW COME** Plaintiffs, by and through undersigned counsel, hereby provides notice of the dismissal of the above-referenced matter.  The parties having reached a resolution of this matter, pursuant to F.R.Civ.P. 41, Plaintiffs hereby dismiss the Complaint with prejudice, each party to bear its own costs.

Respectfully submitted,

*/s/ Richard M. Bain*
Richard M. Bain (0016525)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Ste. 600
Cleveland, Ohio 44122
Tel. 216.831.0042
Email: rbain@meyersroman.com

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

/s/ R. Russell O'Rourke
Russell O'Rourke (0033705)
O'Rourke & Associates Co., LPA
95 Nantucket Ct.
Bratenahl, Ohio 44108
Tel. 216.940.8930
Email:
rorourke@ohioconstructionlawyer.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that on this 2nd day of February, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard M. Bain
Attorney for Plaintiffs